# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALVAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD S. KENNEDY, et al.,<br><br>        Defendants. | No. CV 12-7329-RGK(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the First Amended Complaint be dismissed without leave to amend; and that judgment be entered dismissing this action (1) with prejudice as to all defendants entitled to immunity, and (2) without prejudice as to any defendants not entitled to immunity and any claims which are only barred under

Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994), unless and until Plaintiff can show that his conviction has been invalidated.

DATED: April 4, 2013

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge