1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  GUSTAVO ALVAREZ,                )     No. CV 12-7329-RGK(CW)
                                   )
13              Plaintiff,         )     JUDGMENT
                                   )
14         v.                      )
                                   )
15  DONALD S. KENNEDY, et al.,     )
                                   )
16              Defendants.        )
    ─────────────────────────────  )
17

18      **IT IS ADJUDGED** that this action is dismissed as stated in the

19  accompanying order.

20

21  DATED: April 4, 2013

22

23                                 _____

24                                    R. GARY KLAUSNER
                                   United States District Judge

25

26

27

28

                                    1