**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GUSTAVO ALVAREZ, | ) | No. CV 12-7329-RGK(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD S. KENNEDY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed as stated in the accompanying order.

DATED: April 4, 2013

_____
R. GARY KLAUSNER
United States District Judge